UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 26  PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

Franklin Anderson Davis, III

    Plaintiff,

vs.                                            Case No. 05-2396 DP

Arkema, Inc.

    Defendants.

## [PROPOSED] RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

| | |
|---|---|
| **INITIAL DISCLOSURES (RULE 26(a)(1))**: | August 8, 2005 |
| **JOINING PARTIES**: | September 28, 2005 |
| **AMENDING PLEADINGS**: | September 28, 2005 |
| **INITIAL MOTIONS TO DISMISS** | October 28, 2005 |
| **COMPLETING ALL DISCOVERY**: | March 31, 2006 |
|   (a) DOCUMENT PRODUCTION | March 31, 2006 |
|   (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | March 31, 2006 |
| **EXPERT DISCLOSURE (Rule 26(a)(2))**: | |
|   (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | December 16, 2005 |
|   (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | January 16, 2006 |

M CDG 890760 v1
2616900-007179  07/14/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___

**(3) EXPERT WITNESS DEPOSITIONS:**                              March 31, 2006

**FILING DISPOSITIVE MOTIONS:**                                  May 1, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

This case is set for jury trial, and the trial is expected to last 5-7 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59 and 60 shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all the parties, or an emergency arises which precludes the matter from proceeding to trial.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

M CDG 890760 v1
2616900-007179 07/14/05


_[signature]_
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: July 25, 2005

APPROVED:

_[signature]_
GREGORY C. KROG, JR. (#011029)
Attorney for the Plaintiffs
840 Valleybrook
Memphis, TN 38120-2766
901-683-9080

_[signature]_
J. RANDOLPH BIBB (#09350)
Attorney for Arkema, Inc.
211 Commerce St.
Suite 100
Nashville, TN 37201
(615)726-5600

CHAD D. GRADDY (#023196)
Attorney for Arkema, Inc.
165 Madison Ave.
Suite 2000
Memphis, TN 38103
(901) 526-2000

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02396 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable Bernice Donald
US DISTRICT COURT